# MEMORANDUM DECISIONS.

AMERICAN LUMBER CO. v. CONTINENTAL LUMBER CO. (Circuit Court of Appeals, Fifth Circuit. February 15, 1917.) No. 2937. In Error to the District Court of the United States for the Southern District of Texas; Waller T. Burns, Judge. J. W. Terry and A. H. Culwell, both of Galveston, Tex., and C. T. Duff, of Beaumont, Tex., for plaintiff in error. L. B. Moody and Frank Andrews, both of Houston, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. From our examination of the record in this case, we find no reversible error assigned or patent of record. Judgment affirmed.

BANK OF INVERNESS v. HAYDEN.* (Circuit Court of Appeals, Fifth Circuit. March 12, 1917.) No. 2931. In Error to the District Court of the United States for the Northern District of Mississippi; Henry C. Niles, Judge. Action by William T. Hayden against the Bank of Inverness. Judgment for the plaintiff, and defendant brings error. Affirmed. John W. Cutrer, of Clarksdale, Miss., for plaintiff in error. Gerald Fitz Gerald, of Clarksdale, Miss., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The suggestion at the bar that the District Court was without jurisdiction in this case because the citizenship of the assignor, Dickerson, was not alleged in the record, showing that he could have brought the suit in the federal courts in Mississippi, if no assignment had been made, is without merit, because we find in the record conclusive evidence that the said Dickerson, assignor, was a citizen of the state of Alabama, therefore he could have brought the suit in the District Court on the chose in action herein sued on if no assignment had been made. On the merits, the case is clear that the plaintiff below was an · innocent holder of the certificates sued on before maturity and for value, and therefore not at all liable on the equities sought to be injected in the case. We find none of the assignments of error are well taken and no reversible error patent in the record. Judgment affirmed.

CHAMBERS v. CONTINENTAL TRUST CO. (Circuit Court of Appeals, Fifth Circuit. February 21, 1917.) No. 2999. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. Walter De Fore, of Macon, Ga., for appellant. Geo. S. Jones and Orville A. Park, both of Macon, Ga., for appellee. Before WALKER, Circuit Judge, and GRUBB, District Judge.

PER CURIAM. We are of opinion that this case was properly decided, and that the decree appealed from (235 Fed. 441) should be affirmed, and it is so ordered.

CINCINNATI, I. & W. RY. CO. v. CENTRAL TRUST CO. OF NEW YORK et al. (Circuit Court of Appeals, Sixth Circuit. February 14, 1917.) No. 2914. Appeal from the District Court of the United States for the Southern District of Ohio; Howard C. Hollister, Judge. Morison R. Waite, of Cincinnati, Ohio, for appellant. George H. Warrington and Murray Seasongood, both of Cincinnati, Ohio, for appellees. Order dismissing appeal pursuant to motion filed.